NO. 07-05-0221-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 4, 2005

______________________________

JANICE E. FRY AND TIMOTHY J. FRY, APPELLANTS

V.

FARM AND RANCH HEALTHCARE, INC. AND

BOBBY GENE STEWART, JR. A/K/A B. J. STEWART, APPELLEES

_________________________________

FROM THE 108
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 90,846-E; HONORABLE ABE LOPEZ, JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

ON SUGGESTION OF BANKRUPTCY

On November 1, 2005, appellee Farm & Ranch Healthcare, Inc., filed a Suggestion of Bankruptcy Filed By Appellant Janice E. Fry.  A copy of the Notice of Bankruptcy Case Filing in the United States Bankruptcy Court for the Northern District of Texas was attached to the notice indicating that the bankruptcy case was filed with the bankruptcy court on October 16, 2005.  

Pursuant to 
Tex. R. App. P. 
8, this appeal is suspended until further order of this court.  The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant Janice E. Fry’s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate or Sever pursuant to 
Tex. R. App. P.
 8.3.  

Per Curiam